**2006–1808.  Talik v. Fed. Marine Terminals, Inc.**
Cuyahoga App. No. 87073, 2006-Ohio-3979. On motion to strike portions of reply brief. Motion denied.
O'DONNELL, J., dissents.

**2006–1889.  State ex rel. Mosier Indus. Servs. Corp. v. Indus. Comm.**
Franklin App. No. 05AP–1096, 2006-Ohio-4620. Sua sponte, the court will hear oral argument on the cause.

**2006–1913.  Borkowski v. Abood.**
Lucas App. No. L–05–1425, 169 Ohio App.3d 31, 2006-Ohio-4913. On motion to dismiss appeal and request for sanctions. Motion and request denied.
MOYER, C.J., dissents.

**2006–1914.  Groch v. Gen. Motors Corp.**
Certified Question of State Law, United States District Court, Northern District of Ohio, Western Division, No. 3:06–CV–1604. On motion for admission pro hac vice of Patrick N. Fanning by Kimberly Conklin. Motion granted.

**2006–2062.  Air Prods. & Chemicals, Inc. v. Levin.**
Board of Tax Appeals, No. 2005–A–20. On joint motion to vacate the Board of Tax Appeals' decision and order and to remand the cause to the Tax Commissioner. Motion granted.

**2006–2073.  Bikkani v. Lee.**
Cuyahoga App. No. 88650. On motion to enter judgment as satisfied. Motion denied as moot.
CUPP, J., dissents.

**2006–2239.  State ex rel. Cincinnati Enquirer v. Jones–Kelley.**
In Mandamus. On answer of respondent. Sua sponte, alternative writ is granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:
  The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file its brief within ten days of the filing of the evidence; respondent shall file a reply brief within seven days after the filing of respondent's brief.

**2006–2302.  Bikkani v. Lee.**
Cuyahoga App. No. 88650. On appellees' bill and documentation for attorneys' fees, costs, and expenses and appellant's objections to bill and documentation in support of attorneys' fees. Attorneys' fees and expenses in the amount of $6,864.18 are awarded to appellees. Objections to bill and documentation in support of attorneys' fees are denied.

**2007–0056.  O'Toole v. Denihan.**
Cuyahoga App. No. 87476, 2006-Ohio-6022. On motion of Department of Children and Family Services, William Denihan, and Kamesha Duncan for clarification. Motion denied.
LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., dissent.

**2007–0219.  Ackison v. Anchor Packing Co.**
Lawrence App. No. 05CA46, 2006-Ohio-7099. On motions for admission pro hac vice of Mark A. Behrens and Christopher E. Appel by Victor E. Schwartz. Motions granted.

**2007–0415.  Ackison v. Anchor Packing Co.**
Lawrence App. No. 05CA46, 2006-Ohio-7099. On motions for admission pro hac vice of Mark A. Behrens and Christopher E. Appel by Victor E. Schwartz. Motions granted.

**2007–0581.  State v. Farrow.**
Cuyahoga App. No. 36833, 2007-Ohio-1976. On motion for leave to file delayed appeal. Motion denied.

**2007–0816.  Hunter v. Dayton.**
Montgomery App. No. 21680, 2007-Ohio-1336. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2007–0684, *Rogers v. Dayton*, Montgomery App. No. 21593, 2007-Ohio-673; cause consolidated with 2007–0815, *Hunter v. Dayton*, Montgomery App. No. 21680, 2007-Ohio-1336; and briefing schedule stayed.